UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Lyles,

-v.-

NYC

------------------------------------------------------------X

09 Civ. 895 (RWS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/09

Please be advised that the conference scheduled for 4/8/09 has been rescheduled to 4/15/09 at 4:30pm in Courtroom 18C.

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York

4-6-09

/s/ Robert W. Sweet
ROBERT W. SWEET
United States District Judge